UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRY BAGNERIS

VERSUS                                              CIVIL ACTION NO.: 10-49-JVP-SCR

N. BURL CAIN

## JUDGMENT

For written reasons assigned and filed herein;

**IT IS ORDERED** that judgment is hereby entered in favor of defendant, N. Burl Cain, and against the plaintiff, Terry Bagneris, and this action is hereby **DISMISSED**.

Baton Rouge, Louisiana, March 2, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA